**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            : Criminal No. 3:06CR00170(AWT)
                              :
TRUMAINE WILSON               :
                              :
------------------------------x
```

## FINAL ORDER OF FORFEITURE

On October 27, 2006, this court entered a Preliminary Order of Forfeiture forfeiting, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), one IMI Model Desert Eagle, 9mm semiautomatic pistol, serial number 99301622.  Pursuant to 21 U.S.C. § 853(n), the United States published on November 6, 2006, in the Connecticut Post and on December 18, 2006 in The Day, newspapers of general circulation, notices of this forfeiture and of the intent of the United States to dispose of the property as the Attorney General may direct, and notice to all third parties of their right to petition the court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property.  No petitions have been filed.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

That, pursuant to 21 U.S.C. § 853(n)(7), the right, title, and interest to one IMI Model Desert Eagle, 9mm semi-automatic pistol, serial number 99301622, is hereby condemned, forfeited, and vested in the United States of America and that no right, title, or interest to the property shall exist in any other

party.

That pursuant to 21 U.S.C. §§ 853(g)-(i), the United States may dispose of this property according to law.

That the Clerk of Court is directed to send two (2) certified copies of this Final Order of Forfeiture to John H. Durham, Deputy United States Attorney, 157 Church Street, New Haven, Connecticut 06510, as well as copies of this order to all counsel or parties of record.

Dated this 5th day of January 2007 at Hartford, Connecticut.

                                              /s/AWT
                                      Alvin W. Thompson
                               United States District Judge